IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RAYMOND GLEN SCOTT, | § |
| Petitioner, | § § § |
| v. | §   CIVIL ACTION NO. 5:17-CV-00270-C |
| MARSHA MCLANE-TCCO DIRECTOR, | § § § |
| Respondent. | § |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed with prejudice.

Dated December 14, 2020.

_____
SAM R. CUMMINGS
Senior United States District Judge